# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARLOS MOLINA ROMAN**<br><br>Plaintiff<br><br>v.<br><br>MUNICIPALITY OF CIDRA; DON QUIJOTE PIZZA LLC;E' PURA CEPA LLC; FLOR DE MAGA GASTROBAR LLC; LUCIOS RESTAURANT L.L.C.; COLMADO MORALES, INC.; NONNA'S PIZZA A LEÑA LLC; ÑAO KITCHEN ART L.L.C.; JUNTA DE TITULARES VILLA DEL CARMEN MALL LLC; MISANGELES CORP.; PANERA MS CORP.; POLITO'S COFFEE INC.; PUEBLO VIEJO, LLC; Q'RICO BRUNCH & RESTAURANT LLC; RESTAURANT DE LA PAGODA CHINA CORP.; MADI SERVICES LLC; GRUPO RIVERA RIVERA LLC; 804 COFFEE BAR LLC; MENNONITE GENERAL HOSPITAL, INC.<br><br>Defendants | **CIVIL NO.**<br>**3:25-cv-01157-RAM** |

NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT AND ALL PARTIES:

1

Plaintiff Carlos Molina-Roman, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice all claims against the following defendants:

1. Don Quijote Pizza LLC
2. E' Pura Cepa LLC
3. Flor De Maga Gastrobar LLC
4. Lucios Restaurant L.L.C.
5. Colmado Morales, Inc.
6. Nonna's Pizza A Lea LLC
7. ao Kitchen Art L.L.C.
8. Junta De Titulares Villa Del Carmen Mall LLC
9. Misangeles Corp.
10. Panera MS Corp.
11. Polito's Coffee Inc.
12. Pueblo Viejo, LLC
13. Q'rico Brunch & Restaurant LLC
14. Restaurant De La Pagoda China Corp.
15. Madi Services LLC
16. Grupo Rivera Rivera LLC
17. 804 Coffee Bar LLC
18. Mennonite General Hospital, Inc.

This voluntary dismissal is made without prejudice to any claims that may exist between the dismissed defendants inter se, and without any payment of costs or fees by any party.

**This action shall continue as to defendant Municipality of Cidra only.**

RESPECTFULLY SUBMITTED.

Dated: July 4, 2025.

                                              VELEZ LAW GROUP LLC
*Civil Rights Division*

s/José Carlos Vélez Colón
José C. Vélez Colón
USDC-PR 231014

1449 S Michigan Ave STE 13234
Chicago, IL 60605

3

                                                                              E.: vlg@velezlawgroup.com
                                                                               T.: (787)-422-1881

                                                                               ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

VELEZ LAW GROUP LLC
*Civil Rights Division*

s/José Carlos Vélez Colón
José C. Vélez Colón
USDC-PR 231014

1449 S Michigan Ave STE 13234
Chicago, IL 60605

E.: vlg@velezlawgroup.com
T.: (787)-422-1881

ATTORNEY FOR PLAINTIFF